## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>         Plaintiff,<br><br>v.<br><br>SBP BUILDERS LLC AND ACADIA INSURANCE COMPANY A/S/O NEW ENGLAND TRUCK TIRE CENTERS, INC, AND A/S/O ADS PROPERTIES, INC.<br><br>         Defendants. | Civil Action No.: 1:25-cv-00425-LM-TSM<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Parties of Record

PLEASE TAKE NOTICE that Kathleen J. Devlin, Esquire of the law firm of Weber, Gallagher, Simpson, Stapleton, Fires & Newby, LLP, hereby enters an appearance in the above referenced action, as counsel for Plaintiff, Century Surety Company. Attorney Devlin is admitted or otherwise authorized to practice in this court.

PLEASE TAKE FURTHER NOTICE and direct all future communications electronically filed in this action to be served upon the undersigned at kdevlin@wglaw.com.

                **WEBER GALLAGHER SIMPSON**
                **STAPLETON FIRES & NEWBY, LLP**
                *Attorneys for Plaintiff,*
                *Century Surety Company*

                By: /s/ *Kathleen J. Devlin*
                  Kathleen J. Devlin, Esq. (*pro hac vice*)

Dated: January 27, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has this day been provided to the parties' counsel through the United States District Court for the District of New Hampshire e-filing system.

                                          **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY, LLP**
*Attorneys for Plaintiff,*
*Century Surety Company*

By: /s/ *Kathleen J. Devlin*
      Kathleen J. Devlin, Esq. (*pro hac vice*)

Dated: January 27, 2026