**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Century Surety Company,

        Plaintiff

v.                                  1:25-cv-00425-LM-TSM

Acadia Insurance Company
a/a/o SBP Builders LLC and Acadia Insurance Company
a/s/o New England Truck Tire Centers, Inc. and
a/s/o ADS Properties, Inc.,

        Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACADIA INSURANCE COMPANY AND SBP BUILDERS LLC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

NOW COMES Acadia Insurance Company a/a/o SBP Builders LLC and a/s/o New England Truck Tire Centers, Inc. and a/s/o ADS Properties, Inc. ("Acadia") and, pursuant to Local Rule 56.1(a), submits the following Statement of Material Facts with Exhibits. In support of its Motion for Summary Judgment, Acadia submits the following statements:

1. This matter arises out of a fire which took place on March 13, 2023, at the premises located at 431-433 Cottage Street, Littleton, New Hampshire (the "Premises"). SMF Ex. A, ¶ 9. See also, SMF Ex. C ¶ 12-14.

**RESPONSE:**

2. At the time of the fire, SBP Builders LLC ("SBP Builders") leased space at 433 Cottage Street, Littleton, New Hampshire from ADS Properties, Inc. ("ADS"), the building

1

owner. SMF Ex. A, ¶ 11.  See also, SMF Ex. C ¶ 11, and SMF Ex. M, Deposition Exhibit 1.

**RESPONSE:**

3.  Stanley Barros Parker, III, is the owner of SBP Builders. SMF Ex. M, Page 7, Lines 9-16.

    **RESPONSE:**

4.  In addition to SBP Builders, which is a general construction business, Stanley Parker also owns SBP Property Management. SMF Ex. M, Page 8, Lines 3-5.

    **RESPONSE:**

5.  SBP Property Management is a management company that manages buildings for clients and owners. SMF Ex. M, Page 8, Lines 6-21.

    **RESPONSE:**

6.  SBP Property Management operates out of the same office space as SBP Builders and used the receptionist and bookkeeper employed by SBP Builders and located at SBP Builders, 433 Cottage Street, Littleton, New Hampshire.  SMF Ex. M, Page 9, Lines 14-25 – Page 8, Line 24.

    **RESPONSE:**

7.  There was no lease between SBP Property Management and SBP Builders for the use of the property.  SMF Ex. M, Page 11, Lines 18-24.

    **RESPONSE:**

8.  ADS is the owner of record of both 431 and 433 Cottage Street, Littleton, New Hampshire. SMF Ex. C, ¶ 8.

    **RESPONSE:**

9. New England Truck Tire Centers Inc. ("NE Truck") was the tenant of record at 431 Cottage Street, Littleton, New Hampshire.  SMF Ex. C, ¶ 6.

   **RESPONSE:**

10. Prior to the fire, Stanley Barros Parker, III called Robert Cardindal, who had been staining door and door jambs at the property, to leave the property to pick up a dump trailer from a job site. SMF Ex. L, Page 44, Lines 3-24- Page 45 Line 14.

    **RESPONSE:**

11. On or about March 3, 2025, Acadia filed a subrogation action against SBP Builders styled Acadia a/s/o New England Truck v. SBP Builders et. al., which was filed in the United States District Court of New Hampshire, Index No. 25 cv 92 TSM (the "Acadia Action" or "Complaint") to recoup the payments made to NE Truck under the Acadia Policy. SMF Ex. B.

    **RESPONSE:**

12. Most recently, on September 18, 2025, Acadia Insurance Company a/s/o New England Truck Tire Centers, Inc. and Acadia Insurance Company a/s/o/ ADS Properties, Inc. and NE Truck and ADS Properties, Inc. filed a Second Amended Complaint against SBP Builders. The Second Amended Complaint added Acadia Insurance Company a/s/o ADS Properties, Inc. and ADS Properties, Inc. ("ADS") as plaintiffs. SMF Ex. C, *generally*.

    **RESPONSE:**

13. In the Acadia Action, it was alleged that on March 13, 2023, an employee of SBP Builders, now known to be Robert Cardinal, was engaging in work at 433 Cottage Street, Littleton, New Hampshire, which involved painting and staining doors and trim woodwork in its woodshop, using Old Masters oil-based wood stain. SMF Ex. C, ¶ 12.

3

**RESPONSE:**

14. Robert Cardinal was deposed in the Acadia Action and testified that he was the employee staining doors and door jambs for SBP Builders on the date of the fire. SMF Ex. L, Page 26, Lines 23-25 – Page 30, Line 12.

**RESPONSE:**

15. While applying the oil-based stain, SBP Builders, through Robert Cardinal, failed to properly discard oil-saturated stain rags and materials and instead discarded the used materials on the floor along the right-hand wall of its workshop at the Premises. SMF Ex. C, ¶ 13-14.

**RESPONSE:**

16. As a result of the negligent disposal of the materials, a fire broke out at the Premises on March 13, 2023, at approximately 11:00 pm, causing extensive property damage.  SMF Ex. A, ¶ 10. See also, SMF Ex. C, ¶ ¶ 15-16.

**RESPONSE:**

17. Acadia issued a commercial property policy to NE Truck and paid approximately $2,000,000 to NE Truck and ADS for the damage sustained to the properties located at 431 and 433 Cottage Street, Littleton, New Hampshire. SMF Ex. A, ¶ 12.  See also SMF Ex. G.

**RESPONSE:**

18. The Second Amended Complaint alleged that SBP Builders failed to properly dispose of the rags used in connection with this work which resulted in the rags "self-heating" and igniting causing fire damage to the Premises. SMF Ex. C, ¶¶ 13-15.

**RESPONSE:**

19. The Second Amended Complaint alleged negligence for failure to properly dispose of the rags; failure to properly train, supervise workers; resulting in damage to the building, contents, loss of rents, business income, demolition/clean up. SMF Ex. C, ¶¶, 22-24.

**RESPONSE:**

20. On or about October 18, 2016, ADS and SBP Builders entered into a Real Estate Lease for the tenancy of 433 Cottage Street, Littleton, New Hampshire. SMF Ex. C, ¶ 26. See also, SMF Ex. M, Deposition Exhibit 1.

**RESPONSE:**

21. Acadia a/s/o ADS Properties, Inc., ADS, Acadia a/s/o NE Truck and NE Truck  (jointly referred to as the "underlying Plaintiffs) alleged that they have been subjected to losses, claims, liabilities, and expenses due to SBP Builders' negligence at 433 Cottage Street, Littleton, New Hampshire on March 13, 2023, and they sought "full contractual indemnity and to judgment over and against SBP Builders for its damages." SMF Ex. C, ¶ 27-29.

**RESPONSE:**

22. On May 9, 2025, Century issued a Reservation of Rights letter to SBP Builders detailing its coverage position relating to the damage caused by the fire and which advised SBP Builders that Century did not believe coverage was afforded under its policy for the claims asserted against it.  SMF Ex. E.

**RESPONSE:**

23. On June 4, 2025, a supplemental coverage position letter was issued on behalf of Century to SBP Builders. SMF Ex. F.

**RESPONSE:**

24. On July 30, 2025, counsel for the underlying Plaintiffs, made a "policy limits" demand to defense counsel for SBP Builders. The e-mail correspondence provided that the total loss, including uninsured losses, totaled $2,357,805.99 and that a "time-sensitive demand" "was issued to both Crum [&] Forster and Century Insurance that they tender policy limits in full and final settlement of this matter." SMF Ex. G.

**RESPONSE:**

25. On September 2, 2025, counsel for Century responded to the July 30, 2025 email correspondence. Century continued to reserve its right to disclaim coverage to SBP Builders with respect to the Acadia Action and noted that the underlying Plaintiffs' contention that the Century Policy has $1,000,000 limits of coverage available to SBP Builders was incorrect because any available coverage, which Century disputed, would be subject to the $100,000 policy limits as set forth in **SECTION III-LIMITS OF INSURANCE** of the Century Policy and would be excess to the C&F Policy. SMF Ex. H.

**RESPONSE:**

26. SBP Builders LLC, SBP Property Management, LLC and SBP Investment Property LLC are limited liability companies owned by Stanley Barrows Parker III ("Parker LLC's"). SMF Ex. I. See also, SMF Ex. M, Page 8, Lines 3-5.

**RESPONSE:**

27. On November 3, 2025, the underlying Plaintiffs resolved the suit with the Parker LLC's. SMF Ex. I.

**RESPONSE:**

6

28. As part of the settlement agreement, Acadia received the $1,000,000 policy limit payment from the Crum and Forster Specialty Insurance Company Policy Number BAK-53731-4 issued to the Parker LLC's. SMF Ex. I.

   **RESPONSE:**

29. As part of the settlement agreement, the Parker LLC's agreed to assign to Acadia "any and all of the rights Parker LLC's have or may have in the Century Surety Company policy of insurance number CCP 1096813, with Commercial General Liability Coverage limits of $1,000,000." SMF Ex. I, ¶ 3.

   **RESPONSE:**

30. As part of the settlement agreement, the Parker LLC's agreed that "SBP Builders LLC agrees to allow judgment to be entered against them in the Lawsuit in the amount of $2,000,000 and will cause to be filed with the court the stipulated judgment…" SMF Ex. I, ¶ 3.

   **RESPONSE:**

31. As part of the settlement agreement, the Parker LLC's stipulated that the three Parker LLC's all worked out of the 433 Cottage Street, Littleton, New Hampshire location. SMF Ex. I, Recitals.

   **RESPONSE:**

32. SBP Builders LLC stipulated that it was the leased tenant of ADS Properties Inc. at 433 Cottage Street, Littleton, New Hampshire. SMF Ex. I, Recitals.

   **RESPONSE:**

33. The release stipulated that the total damages asserted by the underlying Plaintiffs was in excess of $2,300,000. SMF Ex. I, Recitals.

7

**RESPONSE:**

34. The release stated that it was the intent of the Releasors to challenge the legality of Century Surety Company's coverage disclaimer within the context of this Petition for Declaratory Judgment. SMF Ex. I, ¶ 8.

**RESPONSE:**

35. A Stipulation for Entry of Judgment was filed on December 8, 2025, in the amount of $2,000,000.  SMF Ex. J.

**RESPONSE:**

36. This Court issued the Judgment against SBP Builders LLC in the amount of $2,000,000 on December 11, 2025, as approved by Chief Judge Samantha Elliot. SMF Ex. K.

**RESPONSE:**

37. Century has continued to deny coverage to the Respondents for the judgment entered against its insured, SBP Builders, as demonstrated by the filing of this Petition for Declaratory Judgment. SMF Ex. A.

**RESPONSE:**

38. Acadia was assigned the right to seek recovery of the $2,000,000 judgment against SBP Builders for the $1,000,000 policy limit of the Century policy.  SMF Ex. I, ¶ 3.

**RESPONSE:**

39. Century issued Commercial Lines policy number CCP1096813 to SBP Builders LLC and SBP Property Management LLC with a policy term of November 1, 2022 to November 1, 2023. SMF Ex. D, Commercial General Liability Coverage Part Declarations.

**RESPONSE:**

40. Century Commercial Lines policy number CCP1096813 includes liability limits of

$1,000,000 each occurrence and $2,000,000 general aggregate. SMF Ex. D, Commercial

General Liability Coverage Part Declarations.

**RESPONSE:**

41. Century Commercial Lines policy number CCP1096813 includes the Limitation of

Coverage to Designated Operations, Premises and Projects endorsement ("Designated

Operations endorsement"), form number CGL 1711 0120. SMF Ex. D.

**RESPONSE:**

42. The Designated Operations endorsement states that the endorsement deletes Paragraph

**1.b** under Section I-Coverages, Coverage A-Bodily Injury and Property Damage Liability

and replaced the paragraph with new paragraph **1.b** which states:

> **1.** Paragraph **1.b.** under Section I — Coverages, Coverage **A —** Bodily
> Injury and Property Damage Liability is deleted in its entirety and
> replaced by the following:
> **b.** This insurance applies to "bodily injury" and "property damage"
> caused by an "occurrence" that takes place in the "coverage
> territory" only if:
> > **(1)** The "bodily injury" or "property damage":
> > > (a) Arises out of any operation(s) shown in the Schedule above: and
> > > (b) Occurs on the premises, if scheduled above. or the
> > > grounds and structures appurtenant to those premises; and
> > > (c) Arises out of any project(s). if scheduled above; and
> >
> > **(2)** The "bodily injury" or "property damage" occurs during the policy
> period: and
> > **(3)** Prior to the policy period. no insured listed under paragraph
> > **1 .,** of Section **II —** Who Is An Insured and no "employee"
> > authorized by you to give or receive notice of an "occurrence"
> > or claim. knew that the "bodily injury" or "property damage" had
> > occurred, in whole or in part. If such a listed insured or
> > authorized "employee" knew, prior to the policy period. that the
> > "bodily injury" or "property damage" occurred. then any
> > continuation, change or resumption of such "bodily injury" or
> > "property damage" during or after the policy period will be
> > deemed to have been known prior to the policy period.

SMF Ex. D., Limitation of Coverage to Designated Operations, Premises and Projects endorsement.

**RESPONSE:**

43. The Designated Operations endorsement lists the following Operation(s)

SCHEDULE

| | |
|---|---|
| **Operation(s):** Insured provides lawn care services, snow and ice removal, and real estate property management including all subcontracted work pertaining to these operations. | |
| **Premises:** | |
| **Project(s):** | |

**RESPONSE:**

44. The Designated Operations Endorsement provides that "[**C]overage for any Operations, Premises, or Project(s) not shown above can only be covered if agreed to, <u>in writing, by us as evidenced by endorsement to this policy</u>.**" (bolding in original, underlining emphasis added). SMF Ex. D., Limitation of Coverage to Designated Operations, Premises and Projects endorsement.

**RESPONSE:**

45. Century Commercial Lines policy number CCP1096813 includes a sub-limit of $100,000 for Damage to Premises Rented to You coverage.  SMF Ex. D, Commercial General Liability Coverage Part Declarations.

**RESPONSE:**

46. Century Commercial Lines policy number CCP1096813 identifies 433 Cottage Street, Littleton, New Hampshire as the only location under "Location of All Premises You Own, Rent or Occupy".  SMF Ex. D, Commercial General Liability Coverage Part Declarations.

**RESPONSE:**

47. Century Commercial Lines policy number CCP1096813 identifies a different premium

basis based on the territory and classification code of the work performed by the insured

parties. SMF Ex. D, Commercial General Liability Coverage Part Declarations.

**RESPONSE:**

48. Century Commercial Lines policy number CCP1096813 lists 4 different classification

and codes for work which SBP Builders and SBP Management was insured to perform:

| PREMIUM | | | |
|---|---|---|---|
| St/Terr | Code | Classification | F |
| NH 001 | 91583 | Contractors-subcontracted work-in connection with building construction, reconstruction, repair or erection-one or two family dwellings | c) |
| NH 001 | 97050 | Lawn Care Services | p) |
| NH 001 | 47052 | Real Estate Property Managed | s) |
| NH 001 | 99310 | Snow and Ice Removal-Contractor | p) |

SMF Ex. D, Commercial General Liability Coverage Part Declarations.

**RESPONSE:**

49. Century Commercial Lines policy number CCP1096813 includes the Commercial

General Liability Coverage Form, Form Number CG 00 01 04 13, which states, in part:

**SECTION I - COVERAGES**
**COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY**
**1. Insuring Agreement**
    **a.** We will pay those sums that the insured becomes legally obligated to pay as damages
    because of "bodily injury" or "property damage" to which this insurance applies. We will
    have the right and duty to defend the insured against any "suit" seeking those damages.

SMF Ex. D, Form Number CG 00 01 04 13, Page 1 of 16.

**RESPONSE:**

11

50. The Commercial General Liability Coverage Form, Form Number CG 00 01 04 13,

includes exclusion j., Damage to Property, which reads in part:

**2. Exclusions**
This insurance does not apply to:

**j. Damage To Property**
"Property damage" to:
(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

SMF Ex. D, Form Number CG 00 01 04 13, Page 4 of 16.


**RESPONSE:**


51. The Commercial General Liability Coverage Form, Form Number CG 00 01 04 13,

includes Section III, Limits of Insurance, which includes a separate limit of insurance that

applies to Damage to Premises Rented To You, which provides, in part:


**SECTION III - LIMITS OF INSURANCE**
**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:
  a. Insureds;
  b. Claims made or "suits" brought; or
  c. Persons or organizations making claims or bringing "suits".
…

**3**. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".
…
**5.** Subject to Paragraph **2.** or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:
  a.   Damages under Coverage **A;** and
  b.   Medical expenses under Coverage **C**
because of all "bodily injury" and "property damage" arising out of any one "occurrence".
**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one

12

premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

SMF Ex. D, Form Number CG 00 01 04 13, Page 11 of 16.

**RESPONSE:**

52. Century maintains that to the extent coverage is triggered, the Section III – Limits of

Insurance Liability language in paragraph 6 restricts the coverage which it must pay to

$100,000 because part of the subrogated damages include damage to the property SBP

Builders was renting.  (Declaration page below).

### Century Surety Company
#### COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

Policy No: CCP 1096813

Effective Date: 11/01/2022
12:01 A.M. Standard Time

NAMED INSURED: SBP Builders LLC AND SBP Property Management LLC

| LIMITS OF INSURANCE: | | |
|---|---|---|
| General Aggregate Limit (Other than Product-Completed Operations) | $ 2,000,000 | |
| Products-Completed Operations Aggregate Limit | $ 2,000,000 | |
| Personal and Advertising Injury Limit | $ 1,000,000 | |
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You | $ 100,000 | Any one Fire/ Occurrence |

SMF Ex. D, Commercial General Liability Coverage Part Declarations; See also SMF

Ex.'s E, F and H.

**RESPONSE:**

Respectfully submitted,
Acadia Insurance Company a/a/o
SBP Builders, LLC and Acadia Insurance
Company a/s/o New England Truck Tire
Centers, Inc. and a/s/o ADS Properties, Inc.,

By Its Attorneys,
Primmer Piper Eggleston & Cramer, PC

13

Dated: May 5, 2026          By:    /s/ Doreen F. Connor

                                         Doreen F. Connor, #421
                                         PO Box 3600
                                         Manchester, NH  03105
                                         603-626-3300
                                         Dconnor@primmer.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Statement of Material Facts and Exhibits was this day forwarded to all counsel of record via the Court's electronic filing system.

                                         /s/ Doreen F. Connor
                                         Doreen F. Connor