# Exhibit G

| From: | Laurence H. Leavitt <lleavitt@mlllaw.com> |
|---|---|
| **Sent:** | Wednesday, July 30, 2025 12:42 PM |
| **To:** | John T. Hugo |
| **Cc:** | Melina H. Huot; Charles M. Boyle |
| **Subject:** | Acadia/NE Truck Tire Centers, Inc. v. SBP Builders LLC |

John:

The purpose of this letter is to update you on the status of Plaintiffs' damages claim in this matter, and to assert a policy limits demand for settlement.

Acadia paid out $1,990,485 to its insured as a result of covered losses under the policy. These losses were paid on an actual cash value basis as no replacement of the structure has yet been completed. The support and documentation of these damages have been supplied previously to your office

New England Truck Tire Centers has suffered, to date, at least the following uninsured/underinsured losses:

- $5000 insurance deductible
- $45,000 asbestos abatement/disposal not covered under the policy
- $250,000 in increased insurance premium to company as a result of the fire
- $9500 in post-fire travel expenses to attend to fire/staffing/restoration of business
  _____

  $309,500

Total losses, to date, between Acadia and NE Truck Tire now exceed **$2,299,985.00.** When one adds accrued interest to these damages from the date on which the Complaint was filed, SBP Builder's exposure as of today stands at **$2,357,805.99.**

You have disclosed two policies which purport to provide liability coverage for your client. The first, issued by Crum and Forster, affords a per occurrence liability limit of $1,000,000. The second policy, issued by Century Insurance Group, likewise lists SPB Builders, LLC as an insured and affords a per occurrence liability coverage limit of $1,000,000. You have not disclosed whether either coverage is subject to a reservation of rights, so we continue to operate under the premise that SBP Builders has available no more than $2,000,000 in liability coverage.

As outlined in our complaint, we fully expect to sustain our burden of proof that the subject fire was caused by the negligent disposal of oil-stained rags by SBP Builders' employee. In the immediate aftermath of the fire, our investigators focused on multiple potential causes, including the performance of hot work, the abuse of extension cords, electrical service, and the staining operations in the shop. We were able to easily rule out all of these except for the disposal of rags based upon the video and photos of the early stages of the fire, by and analysis of fire dynamics and through electrical arc-mapping. More importantly, the video and burn patterns relate fire back to precisely where Mr. Cardinal admitted leaving

1

his rags in a dangerous condition. Subsequent lab testing confirmed the self-heating propensities of the rags used by SBP Builder's employee.

Insofar as SBP Builder's exposure exceeds by a significant margin its available liability coverage, **please consider this email to be a time-sensitive demand to Crum and Forster and Century Insurance that they tender policy limits in full and final settlement of this matter. Plaintiffs' demand of $2,000,000 will remain open until 5:00 pm, Wednesday, September 3, 2025.** This demand is further conditioned upon the Defendant supplying an affidavit to the effect that there is no other available liability coverage in place for SBP Builders in force as of the date of the fire. In the event that SBP Builders insurers do not tender full policy limits in settlement of this matter by such date, Plaintiffs will assert that the insurers have unreasonably exposed SBP Builders to an excess judgment and endeavor to collect the full extent of any judgment in the future against both SBP Builders and its carriers.

Finally, we have requested over a month ago deposition dates for your insured and Mr. Cardinal but have not yet received any proposed dates. Thank you for your cooperation in getting these depositions scheduled in a timely fashion.

**Laurence H. Leavitt**
McCoy Leavitt Laskey LLC
202 US Route 1, Suite 200
Falmouth, ME 04105

Phone:   207-835-0535 (Office)
             207-835-0475 (Direct)
             207-807-7165 (Mobile)
             262-522-7020 (Facsimile)
Web:      https://www.mlllaw.com
Email:    lleavitt@mlllaw.com

Albuquerque, NM • Ann Arbor, MI • Chicago, IL • Jacksonville, FL • Kansas City, KS • Milwaukee, WI • San Antonio, TX • Portland, ME • Los Angeles, CA • San Diego, CA



THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE (E-MAIL) AND ANY ATTACHMENT(S) TO IT IS/ARE INTENDED FOR THE EXCLUSIVE USE OF THE INTENDED ADDRESSEE(S) AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL AND/OR PRIVILEGED AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT(S) AND HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE DO NOT DISTRIBUTE IT. INSTEAD, PLEASE NOTIFY McCOY LEAVITT LASKEY LLC AT 207-835-0535 OR BY EMAIL AT lleavitt@mlllaw.com AND DESTROY ALL COPIES OF THIS MESSAGE AND ANY ATTACHMENTS. THANK YOU.