# Exhibit J

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| ACADIA INSURANCE COMPANY A/S/O NEW ENGLAND TRUCK TIRE CENTERS, INC.<br><br>and<br><br>ACADIA INSURANCE COMPANY A/S/O ADS PROPERTIES, INC.<br><br>and<br><br>NEW ENGLAND TRUCK TIRE CENTERS, INC.<br><br>and<br><br>ADS PROPERTIES, INC.<br><br>               Plaintiffs<br><br>v.<br><br>SBP BUILDERS, LLC.<br><br>               Defendant | Docket No.: 1:25-cv-00092-SE-TSM |

**STIPULATION FOR ENTRY OF JUDGMENT**

Plaintiffs Acadia Insurance Company a/s/o New England Truck Tire Centers, Inc., Acadia Insurance Company a/s/o ADS Properties, Inc., New England Truck Tire Centers, Inc., and ADS Properties, Inc. ("Plaintiffs"), and Defendant SBP Builders, LLC, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties have resolved this matter and agreed that judgment shall be entered in favor of Plaintiffs against Defendant.

2. Specifically, the parties stipulate and agree that judgment shall enter in favor of Plaintiffs and against Defendant in the amount of Two Million Dollars ($2,000,000).

3. Each party shall bear its own attorneys' fees, costs, and expenses.

4. The parties jointly request that the Court enter judgment consistent with this Stipulation.

Respectfully submitted,

Dated: December 8, 2025

/s/ Charles M. Boyle
Charles M. Boyle, Esq.
NH Bar No. 269431
McCOY LEAVITT LASKEY LLC
202 U.S. Route 1, Suite 200
Falmouth, ME 04105
Tel: (207) 387-6932
CBoyle@MLLlaw.com
Attorney for Plaintiffs

/s/ John T. Hugo
John T. Hugo, Esq.
NH Bar No. 272084
MANNING GROSS +
MASSENBURG LLP
125 High Street, 6th Floor
Oliver Street Tower
Boston, MA 02110-3536
Tel: (617) 670-8800
jhugo@mgmlaw.com
Attorney for Defendant