# Exhibit K

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

Acadia Insurance Company, Maine
*as subrogee of New England*
*Truck Tire Centers, Inc.*
*other*
New England Truck Tire Centers, Inc.

     v.                                Case No. 25-cv-92-SE-TSM

SBP Builders LLC.

## JUDGMENT

Judgment is hereby entered in favor of Plaintiffs against the Defendant in the amount of Two Million Dollars ($2,000,000), in accordance with the Stipulation for Entry of Judgment dated December 8, 2025, approved by Chief Judge Samantha D. Elliott on December 11, 2025.

By the Court,

_____
Tracy Uhrin
Clerk of Court

Date: December 11, 2025

cc: Counsel of Record