UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Century Surety Company, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00425-LM-TSM |
| | § | |
| Acadia Insurance Company a/s/o SBP | § | |
| Builders LLC Acadia Insurance Company | § | |
| a/s/o New England Truck Tire Centers, Inc. | § | |
| and a/s/o ADS Properties, Inc., | § | |
| *Defendants*. | § | |

**PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND TIME TO FILE
ITS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
FROM JUNE 4, 2026 TO JUNE 18, 2026**

Plaintiff, Century Surety Company, by and through its counsel, Sulloway & Hollis, P.L.L.C., hereby moves that the Court extend the time by which it must file its opposition to defendants' motion for summary judgment from June 4, 2026 to June 18, 2026. This short extension is requested to allow counsel more time to discuss a potential settlement.

Counsel for defendants assents to the relief sought by this Motion.

The granting of this Motion will not result in the continuance of any hearing, conference, or trial.

No memorandum of law is necessary in connection with this Motion as the relief requested is within the sound discretion of the Court.

WHEREFORE, plaintiff respectfully requests that the Court:

A.    Extend the time for plaintiff to file its opposition to defendants' motion for summary judgment from June 4, 2026 to June 18, 2026; and

B.    Grant such other and further relief as may be just.

Respectfully submitted,

CENTURY SURETY COMPANY

By Its Attorneys,

DATED:  May 18, 2026

By:  /s/ Allyson L. Moore, Esq.
        Sarah S. Murdough, Esq. #10599
        Allyson L. Moore, Esq. #272208
        Sulloway & Hollis, P.L.L.C.
        9 Capitol Street
        Concord, NH 03301
        (603) 223-2850 / (603) 223-2817
        smurdough@sulloway.com
        amoore@sulloway.com

        Denise M. DePekary, Esq., *pro hac vice*
        Kathleen J. Devlin, Esq., *pro hac vice*
        Weber, Gallagher, Simpson, Stapleton, Fires
        & Newby, LLP
        Bedminster One
        135 Route 202/206, Suite 2
        Bedminster, NJ 07921
        (908) 340-0050 / (908) 340-0056
        ddepekary@wglaw.com
        kdevlin@wglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED:  May 18, 2026

By:  /s/ Allyson L. Moore, Esq.
        Allyson L. Moore, Esq.

-2-