**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| CENTURY SURETY COMPANY, <br><br> Plaintiff, <br> v. <br><br> ACADIA INSURANCE COMPANY AS ASSIGNEE OF SBP BUILDERS LLC AND ACADIA INSURANCE COMPANY A/S/O NEW ENGLAND TRUCK TIRE CENTERS, INC. AND A/S/O ADS PROPERTIES, INC. <br><br> Defendants. | Civil Action No.: 1:25-cv-00425-LM-TSM |

**JOINT STIPULATION OF DISMISSAL**

NOW COME the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.

DATED: June 16, 2026

Respectfully Submitted,
CENTURY SURETY COMPANY

By its attorneys,
**SULLOWAY & HOLLIS, P.L.L.C.**

By: /s/ Allyson L. Moore
Sarah S. Murdough, Esq., NHBA 10599
Allyson L. Moore, Esq., NHBA 272208
9 Capitol Street
Concord, NH 03301
(603) 223-2800
smurdough@sulloway.com
amoore@sulloway.com

-and-

**WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP**
Denise M. DePekary, Esq.
Admitted *Pro Hac Vice*
Kathleen J. Devlin, Esq.
Admitted *Pro Hac Vice*
ddepekary@wglaw.com
kdevlin@wglaw.com

ACADIA INSURANCE COMPANY A/A/O SBP BUILDERS, LLC AND ACADIA INSURANCE COMPANY A/S/O NEW ENGLAND TRUCK TIRE CENTERS, INC. AND A/S/O ADS PROPERTIES, INC.

By its attorneys,
**PRIMMER PIPER EGGLESTON & CRAMER, PC**

By: /s/ Doreen F. Connor
Doreen F. Connor, NHBA 421
PO Box 3600
Manchester, NH 03105
603-626-3300
Dconnor@primmer.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED:  June 16, 2026                         By:    /s/ Allyson L. Moore, Esq.
                                                          Allyson L. Moore, Esq.